IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEANDRE BRADLEY, #M-05197, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 17−cv–00862−MJR ) ) |
| JEFFERY DENNISON, KAREN SMOOT, A. DAVID, and ETHAN WILKE, | ) ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF IMPENDING DISMISSAL

**REAGAN, Chief District Judge:**

On August 14, 2017, Plaintiff Deandre Bradley filed a Complaint pursuant to 42 U.S.C. § 1983 against officials at Shawnee Correctional Center. (Doc. 1). His claims are substantially similar to those he brought in *Bradley v. Dennison, et al.*, No. 17-cv-00829-SMY (S.D. Ill. 2017) ("original case"). The Court therefore ordered Plaintiff to confirm his intention to separately pursue this case. (Doc. 4). Plaintiff filed a Response on September 19, 2017. (Doc. 5). In it, Plaintiff confirmed that he intended to bring this separate, but related, action. *Id*.

Before the Court screens the Complaint pursuant to 28 U.S.C. § 1915A, it must address one other threshold matter. This case was opened without payment of a filing fee or the filing of a Motion and Affidavit to Proceed in District Court Without Prepaying Fees or Costs ("IFP Motion"). On August 14, 2017, the Clerk of Court sent Plaintiff a letter advising him of his obligation to prepay the full filing fee of $400.00 or to file an IFP Motion within thirty (30) days (*i.e.*, on or before September 13, 2017). (Doc. 3) Plaintiff was warned that failure to do so may result in dismissal of this case. Included with this letter was a form IFP Motion. To date,

1

Plaintiff has failed to pay the filing fee for this action or to file an IFP Motion. In his Response, Plaintiff requested additional time to file the IFP Motion. The request is **GRANTED**.

Plaintiff is hereby **ORDERED** to provide the Court with a filing fee of $400.00 or a properly completed IFP Motion on or before **October 11, 2017.** If Plaintiff files an IFP Motion, the Court must review his trust fund account statement for the 6-month period immediately preceding the filing of this action. Thus, he must have the Trust Fund Officer at his facility complete the attached certification and provide a copy of his trust fund account statement (or institutional equivalent) for the period 2/1/2017 to 8/14/17. This information should be mailed to the Clerk of Court at the following address: United States District Court – Southern District of Illinois, 750 Missouri Avenue, East St. Louis, Illinois 62201. The Clerk has already provided Plaintiff with a copy of the form IFP Motion, along with Doc. 3, and will not need to send him another form at this time.

Plaintiff is also **ADVISED** of his continuing obligation to keep the Clerk and each opposing party informed of any change in his address. The Court will not independently investigate Plaintiff's whereabouts. This shall be done in writing and not later than 7 days after a transfer or other change in address occurs.

**Failure to comply with this Order will result in dismissal of this action for want of prosecution and/or for failure to comply with a court order under Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

DATED September 20, 2017.

s/ MICHAEL J. REAGAN
**District Judge**
**United States District Court**
